

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-18-00046-CV

**CITY OF CRYSTAL CITY,**
Appellant

v.

**HOLT TEXAS, LTD.** d/b/a Holt Cat and d/b/a Holt Rental Services,
Appellees

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 17-03-13907-ZCV
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The trial court signed an appealable, interlocutory order on January 4, 2018. Appellant's notice of appeal in this accelerated appeal was due to be filed on January 24, 2016. Appellant filed the notice of appeal on January 26, 2018, but did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court